In re Robert Thomas BENTZ; Mary Jo Bentz, Debtors.

Robert Thomas Bentz, Appellant–Appellant,

v.

Robert S. Stack, Sr., Appellee–Appellee.

No. 00–16516.

BAP No. EC–99–01372–BrMeR.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 20, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM**

Robert Thomas Bentz appeals pro se from the Bankruptcy Appellate Panel's ("BAP") decision affirming the bankruptcy court's finding that Bentz's liability to Stack was nondischargeable pursuant to 11 U.S.C. § 523(a)(4). We have jurisdiction over this appeal pursuant to 28 U.S.C. § 158(d). We review de novo the bankruptcy court's conclusions of law. *United Student Aid Funds, Inc. v. Pena (In re Pena)*, 155 F.3d 1108, 1110 (9th Cir.1998). We affirm.

We conclude that Stack has standing under 29 U.S.C. § 1132(a)(3) because the relief he sought is equitable in nature. *See McLeod v. Oregon Lithoprint, Inc.*, 102 F.3d 376, 378 (9th Cir.1996). Therefore, the BAP did not err by affirming the bankruptcy court's dischargeability determination under 11 U.S.C. § 523(a)(4).

Stack's motion to strike factual allegations not raised below is granted. *See United States v. Walker*, 601 F.2d 1051, 1054–55 (9th Cir.1979).

Stack's request for "just damages and double costs" is denied without prejudice to refiling in a separate motion pursuant to 9th Cir. R. 38.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.